IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCANSAFE, INC. and <br> SCANSAFE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> MESSAGELABS GROUP LTD., <br> MESSAGE LABS INC., and <br> BENJAMIN WHITE, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    Civil Action No.: _____ <br> ) <br> )    **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) <br> ) |

**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs ScanSafe, Inc. and ScanSafe Ltd. respectfully submits that ScanSafe, Inc. does not have a parent corporation and no publicly held corporation owns 10% or more of ScanSafe, Inc. and ScanSafe Ltd. is a wholly-owned subsidiary of ScanSafe, Inc.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Christian Douglas Wright*
John W. Shaw (No. 3362)
Christian Douglas Wright (No. 3554)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
302-571-6600
*jshaw@ycst.com*

*Attorneys for ScanSafe, Inc. and ScanSafe Ltd.*

Dated: August 30, 2006