IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCANSAFE, INC. and<br>SCANSAFE LTD.,<br><br>      Plaintiffs,<br><br>    v.<br><br>MESSAGELABS GROUP LTD.,<br>MESSAGELABS INC., and<br>BENJAMIN WHITE,<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-533 (GMS)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANTS

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and subject to the terms and conditions of a confidential settlement agreement entered into between the parties, Plaintiffs ScanSafe, Inc. and ScanSafe Ltd., voluntarily dismiss their claims against Defendants MessageLabs Group Ltd., MessageLabs Inc. and Benjamin White, with prejudice. All attorneys' fees and costs of court are to be borne by the party that incurred them.

 

/s/ John W. Shaw
_____
John W. Shaw (No. 3362)
Christian Douglas Wright (No. 3554)
YOUNG CONAWAY, STARGATT
   & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com

Attorneys for ScanSafe, Inc. and ScanSafe, Ltd.

OF COUNSEL:

James E. Rosini
Michelle M. Marsh
KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
(212) 425-7200

Eric C. Kane
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005-1257

Dated: December 22, 2006